DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAWN WILLIAMS,**
Appellant,

v.

**SCHOOL DISTRICT OF BROWARD COUNTY, FLORIDA,**
Appellee.

No. 4D18-2793

[April 18, 2019]

Appeal from the State of Florida, Public Employees Relations Commission; L.T. Case No. CA-2017-018.

Robert F. McKee and Mark F. Kelly, Tampa, for appellant.

Denise M. Heekin and Elizabeth W. Neiberger of Bryant, Miller, Olive P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***